USCA1 Opinion

 

 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 93-1528 DAWN DAIGLE, Plaintiff, Appellee, v. MAINE MEDICAL CENTER, INC., Defendant, Appellant. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Shane Devine, Senior U.S. District Judge] __________________________ _________________________ Before Selya, Circuit Judge, _____________ Coffin, Senior Circuit Judge, ____________________ and Cyr, Circuit Judge. _____________ _________________________ Christine M. Rockefeller, with whom Paul R. Cox and Burns, _________________________ ____________ ______ Bryant, Hinchey, Cox & Schulte, P.A. were on brief, for __________________________________________ plaintiff. Gerald F. Petruccelli, with whom Mary Mitchell Friedman and ______________________ ______________________ Petruccelli & Martin were on brief, for defendant. ____________________ _________________________ _________________________ Per Curiam. Having today decided the merits of Per Curiam. ___________ plaintiff's appeal, see Daigle v. Maine Medical Center, Inc., No. ___ ______ __________________________ 93-1470 (1st Cir. Jan. ___, 1994), it is unnecessary to decide this cross-appeal. We, therefore, dismiss it. Appeal dismissed. No costs. Appeal dismissed. No costs. ______ _________ __ _____ 2